**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-02165-CMA-MJW

PATRICK COLLINS, INC., a California corporation, and
K-BEECH, INC., a California corporation,

    Plaintiffs,

v.

JOHN DOE,

    Defendant.

---

## ORDER REASSIGNING MAGISTRATE JUDGE

This matter is before the Court *sua sponte*. In light of transfer of related cases to the undersigned, which was approved by Chief Judge Wiley Y. Daniel, it is hereby

ORDERED that the Order of Reference to United States Magistrate Judge filed in this action on August 22, 2011 (Doc. # 5) is hereby modified to reassign this case from Magistrate Judge Kathleen M. Tafoya to **Magistrate Judge Michael J. Watanabe**. All further filing in this action shall be docketed under Civil Action No. 11-cv-02165-CMA-MJW.

    DATED: September __21__, 2011

                                                    BY THE COURT:

                                                    _____
                                                    CHRISTINE M. ARGUELLO
                                                    United States District Judge